## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RAQUEL DIAZ-GARCIA,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-cr-2612-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　On November 17, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 9, 2022, to December 16, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 18] and sets the Motion Hearing/Trial Setting on December 16, 2022, at 10:30 a.m.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On November 16, 2022, a plea agreement was lodged before the Court, and a change of plea hearing is set for December 13, 2022.

//
//
//
//

Accordingly, the Court finds that time from December 9, 2022, to December 16, 2022, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 11/30/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE